UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61426-CIV-HUCK/O'SULLIVAN

ALVIN BELL,

    Plaintiff,

vs.

KEN JENNE, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Defendant's Corrected Motion for Attorney's Fees and Costs (D.E. # 50), filed April 16, 2010. On July 1, 2010, Magistrate Judge John J. O'Sullivan issued a Report and Recommendation (D.E. # 57) in which he recommended that the Corrected Motion be granted in part and denied in part, and the Defendant awarded $20,000.00 in fees and $2,879.57 in costs. Plaintiff's counsel failed to respond to the Corrected Motion, even after ordered to do so by Judge O'Sullivan. Plaintiff subsequently filed Objections (D.E. # 61) to the Report and Recommendation. Plaintiff also filed a motion seeking vacatur of the Report and Recommendation and rehearing on the issues discussed therein (D.E. # 63), which Judge O'Sullivan denied on August 24, 2010 (D.E. # 66).

The Court has independently reviewed the Report and Recommendation and the pertinent portions of the record. Being otherwise duly advised, the Court hereby overrules Plaintiff's Objections, and adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, the Corrected Motion is granted in part and denied in part, and the Defendant awarded $20,000.00 in fees and $2,879.57 in costs.

DONE and ORDERED in Chambers, Miami, Florida, September 8, 2010.

                                                    Paul C. Huck
                                                  United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
All Counsel of Record